UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21864-DPG

PEDRO VERGARA,

     Plaintiff,

v.

WALGREEN CO.,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff, Pedro Vergara, and Defendant, Walgreen Co., hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents.  The Parties respectfully request twenty days to file their stipulation of dismissal with prejudice.


Dated: August 17, 2022

Respectfully submitted,

RODERICK V. HANNAH, ESQ., P.A
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone: 954.362.3800
Facsimile: 954.362.3779


s/ Roderick Hannah
Roderick V. Hannah, Esq.
Florida Bar No. 435384
rhannah@rhaannahlaw.com

Law Office of Pelayo Duran, P.A
4640 N.W. 7th Street
Miami, Florida  33126-2309
Telephone: 305.266-9780
Facsimile:  305.269.8311


s/ Pelayo Duran
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
pduran@pelayodural.com

Counsel for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard,
Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:  305.374.0456

s/ Paul De Boe
Paul J. De Boe, Esq.
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com


Counsel for Defendant

2