UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21864-DPG

PEDRO VERGARA,

       Plaintiff,

v.

WALGREEN CO.,

       Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff PEDRO VERGARA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each

party to bear his/its own attorney's fees and costs.

       Dated:  August 17, 2022.

       Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2022, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:


Paul J. De Boe, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard
Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456
paul.deboe@ogletreedeakins.com

*Attorneys for Defendant*
*WALGREEN CO.*

                              /s/  *Roderick V. Hannah*
                                  Roderick V. Hannah